# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DIANNA F. MATHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-846 |
| | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 7). The motion is granted. The initial pretrial and scheduling conference is reset to **June 27, 2014, at 10:00 a.m.** The joint discovery/case management plan is due by June 20, 2014.

SIGNED on June 3, 2014, at Houston, Texas.

                                                                       _____
                                                                       Lee H. Rosenthal
                                                                       United States District Judge